IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT NAKNEK

| | |
|---|---|
| TEDDY O. MATSON, Individually and as Personal Representative of the Estate of RENEE MARTHA MATSON,<br><br>        Plaintiff,<br><br>v.<br><br>PENINSULA AIRWAYS, INC.,<br><br>        Defendant. | Case No. 3NA-07-0009 CI |

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d), on May 15, 2008 Peninsula Airways, Inc. filed the Notice of Removal from State Court, a copy of which is attached hereto as Exhibit A, effecting removal for all purposes of the above-captioned action, Case No. 3NA-07-0009 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Naknek.

DATED this 16 day of May, 2008, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: /s/ Marc G. Wilhelm
Marc G. Wilhelm
Alaska Bar No. 8406054

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 16th day of May, 2008 on:

Neil T. O'Donnell
ATKINSON CONWAY & GAGNON, INC.
420 L Street, Suite 500
Anchorage, Alaska 99501

/s/ Karol Young
RICHMOND & QUINN

1059\056\PLD\REMOVAL (STATE)

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
MATSON v. PENINSULA AIRWAYS, Case No. 3NA-07-0009 CI
Page 2

Case 3:08-cv-00115-RRB   Document 1-2   Filed 05/16/08   Page 2 of 2

Exhibit A
Page 2 of 2 Pages