NEIL T. O'DONNELL
ATKINSON, CONWAY & GAGNON
Attorneys for Teddy O. Matson
Personal Representative of the
Estate of Renee Martha Matson
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

*... Trial C-*
*..r ALASKA, THIRD L...,*
*at NAKNEK*

MAR 2 8 2007

**Clerk of the Trial Courts**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT NAKNEK

| | |
|---|---|
| TEDDY O. MATSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RENEE MARTHA MATSON, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| PENINSULA AIRWAYS, INC., ) ) | |
| Defendant. ) ) | Case No. 3NA-07-___9___ CI |

## COMPLAINT

Teddy O. Matson, individually and as Personal Representative of the Estate of Renee Martha Matson, by and through his attorneys, Atkinson, Conway & Gagnon, hereby complains and alleges as follows:

1. Teddy O. Matson is the widowed husband of Renee Martha Matson. Mr. Matson is or will be the Personal Representative of the Estate of Renee Martha Matson. He is a resident of Port Heiden, Alaska.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit _A_
Page _1_ of _4_ Pages

2. Teddy O. Matson is the son of Lena Matson. Lena Matson died aboard a Peninsula Airways, Inc. (hereinafter "PenAir") aircraft that crashed shortly after takeoff from Dillingham, Alaska, on October 10, 2001. Other individuals who died in that crash included several good friends of Mr. Matson including John Christensen, Mary Ann Christensen, Andrew Abyo, and Richard Takak.

3. Defendant Peninsula Airways, Inc., is an Alaska corporation doing business in the State of Alaska.

4. On December 14, 2006, Renee Martha Matson was a passenger aboard Piper PA-32 N8361Q operated by PenAir.

5. Mr. Matson drove his wife to the Port Heiden airport that evening, helped her with her luggage, kissed her goodbye, and watched as the plane taxied away and departed.

6. Later that evening, Mr. Matson heard over the VHF radio, and then from talking to others, that a PenAir plane had been reported missing. Because his wife was aboard the flight out of Port Heiden, and because of the terrible history of the October 10, 2001, PenAir crash, Mr. Matson was extremely upset by this information.

7. The plane with Renee Martha Matson did in fact crash a few minutes after takeoff approximately 18 miles from Port Heiden, Alaska.

8. The wrecked aircraft was not found until late that night. There were no survivors. Mr. Matson received a telephone call late that night informing him that his wife was dead.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

COMPLAINT
Matson v. Peninsula Airways, Inc.
Page 2
89324/7571.1

9. At the time of the above-described crash, Andrew Simonds was a resident of the State of Alaska and an employee of PenAir.

10. Mr. Simonds was the pilot-in-command of aircraft N8361Q at the time of the December 14, 2006, crash.

11. At all times relevant to this lawsuit, Andrew Simonds was acting within the course and scope of his employment at PenAir.

12. PenAir, as a common carrier, owed Ms. Matson the utmost duty of care and is liable for the slightest negligence.

13. The flight on which Ms. Matson was aboard crashed as a result of the negligence of PenAir.

### FIRST CAUSE OF ACTION – NEGLIGENCE

14. Plaintiff realleges and incorporates by reference Paragraphs 1 – 13 of the Complaint.

15. PenAir was negligent and that negligence proximately caused damages suffered by Plaintiff.

WHEREFORE, Plaintiff requests judgment against PenAir as follows:

1. for damages including, but not limited to, wrongful death damages, survival damages for pre-death fear and anticipation of death, emotional distress, loss of consortium, grief and other damages to be proven at trial in an amount in excess of $1,000,000;

2. interest, prejudgment and post-judgment; and

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

COMPLAINT
Matson v. Peninsula Airways, Inc.
Page 3
89324/7571.1

Exhibit A
Page 3 of 4 Pages

3. costs and attorney fees.

DATED this 19/h day of March, 2007.

ATKINSON, CONWAY & GAGNON
Attorneys for Teddy O. Matson,
Personal Representative of the
Estate of Renee Martha Matson

By /s/ Neil T. O'Donnell
Neil T. O'Donnell
ABA #8306049

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1988
TELEPHONE 276-1700
FACSIMILE 272-2082

COMPLAINT
Matson v. Peninsula Airways, Inc.
Page 4
89324/7571.1