**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

TEDDY O. MATSON,
    Plaintiff,

Case Number 3:08-CV-00115-RRB

v.

PENINSULA AIRWAYS, INC,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff's motion to remand is granted. This action is REMANDED to the Superior Court for the State of Alaska, Third Judicial District at Naknek, 3NA-07-00009 CI.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

Date: October 9, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[]{JMT2.WPT*Rev.3/03}